33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-204 |
| SAID-REZA FARROKH | § § | |

## ORDER SETTING HEARING

IT IS ORDERED that a hearing on Plaintiff's Motion for Damages and Permanent Injunction is set for hearing on THE 19TH day of FEBRUARY, 1999 at 2:30 P.m. in the Unites States District Court for the Southern District of Texas, Brownsville Division.

DONE AT BROWNSVILLE, TEXAS, THIS 3RD DAY OF FEB 1999.

U.S. MAGISTRATE JUDGE