United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

FEB 19 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-204 |
| SAID-REZA FARROKH | § § | |

## JUDGMENT

On June 1, 1998, this Court entered an Order that Defendant Said Reza-Farrokh's pleadings be stricken, and that judgment and a permanent injunction be rendered and entered in favor of Plaintiff International Shipbreaking Limited, L.L.C., and against Said Reza-Farrokh. It was further ordered that evidence be heard on the issues of damages and the specific terms of the permanent injunction. On February 19, 1999, this Court heard evidence on the issues of Plaintiff's damages and the specific terms of the permanent Injunction.

It is **ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff International Shipbreaking Limited, L.L.C. have judgment against and recover from Defendant Said-Reza Farrokh the sum of $1,740,000.00, plus post-judgment interest on that sum, and that all court costs be paid by Defendant Said-Reza Farrokh.

2. All writs of process and other orders necessary for the enforcement of this judgment shall be issued.

3. Defendant pay to Plaintiff the sum of $18,328.68, for attorneys fees reasonably and necessarily incurred as a result of Defendant's actions.

The Court further **ORDERS** that:

Defendant Said-Reza Farrokh, his officers, agents, servants, employees,

attorneys and all persons acting in concert with him or on his behalf be permanently enjoined from contacting and/or communicating with Plaintiff International Shipbreaking Limited, L.L.C., its agents, representatives, and/or employees, and/or with any persons, entity, and/or entities including, but not limited to the Port of Brownsville, Maritime Administration (MARAD), The Environmental Protection Agency, The United States Coast Guard, The Immigration and Naturalization Service, The Federal Bureau of Investigation, OSHA, United States Navy, and any other governmental agency conducting business with or overseeing the business of Plaintiff International Shipbreaking Limited, L.L.C., regarding any aspect of Plaintiff's business, contracts, and/or business relations from the date of entry of this order of this court.

All relief prayed for by any party and not expressly granted is hereby denied. The clerk shall forthwith, when so requested by the Plaintiff, issue a writ of injunction in conformity with the law and the terms of this judgment.

SIGNED this 19th day of FEB, 1999.

_____
U.S. Magistrate Judge

42190/ Judgment
FEP/ge