40

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-204 |
| SAID-REZA FARROKH | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION OF JUDGMENT ORDER (DOCKET NO. 37)

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE 500 E. 10TH STREET BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| APRIL 23, 1999 AT 2:00 P.M. | APRIL 27, 1999 AT 2:00 P.M. |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 12, 1999

TO:   MR. FRANK E. PEREZ
        MR. SAID-REZA FARROKH
        MR. TOM FLEMING