43

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, L.L.C. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-204 |
| SAID-REZA FARROKH | § § | |

## ORDER

Pending before the Court are Defendant's Motions for Reconsideration and Vacating the Previous Judgment, and Relief from Default Order.

The Court is of the reluctant opinion that Defendant's Motion has merit and should be granted. The Defendant should not construe this Order as a ratification by the Court of his obstreperous behavior.

The Defendant's conduct and behavior increased the expenses incurred by the Plaintiff. This Court will entertain a motion by Plaintiff to recover attorney's fees and expenses incurred as a result of Defendant's failure to comply with previous court orders and failure to appear for depositions. Defendant is now represented by capable, experienced counsel. Defendant is cautioned that any repetition of the conduct which led to the entry of the Judgment in this case will not be countenanced by the Court.

Defendant's Motions for Reconsideration (Docket No. 37) and for Relief from Default Order (Docket No. 38) are **GRANTED**.

DONE at Brownsville, Texas this 17th day of December 1999.

John Wm. Black
United States Magistrate Judge