46

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **INTERNATIONAL SHIPBREAKING** | § | |
| **LIMITED, L.L.C.** | § | |
| | § | **CIVIL ACTION NO. B-97-204** |
| **VS.** | § | |
| | § | |
| **SAID-REZA FARROKH** | § | |

## ORDER
## ALLOWING EXTENSION FOR RESPONDING TO REQUESTS FOR ADMISSION

Defendant's Motion to Allow Response to Plaintiff's Requests for Admission (*Docket no 45*) came on for submission. After examining the record, the motion and the *pro se* efforts of Defendant, the Court is of the opinion that such motion should be GRANTED.

Defendant is hereby granted leave and an extension of time to submit his responses to Plaintiff's requests for admission. Such responses as attached to Plaintiff's motion shall be deemed timely.

DONE at Brownsville, Texas this 25 day of April, 2000.

John Wm. Black
United States Magistrate Judge

**COPIES**:
**Frank E. Perez**, PEREZ & ASSOCIATES, 436 Paredes Line Road, Brownsville, Texas  78523-3490
**Tom Fleming**, FLEMING & OLVERA, P.C., 1650 Paredes Line Road, Brownsville, Texas  78521